# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

VIKAS VIKAS,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.:  26cv1451 DMS DDL

**ORDER REQUIRING RESPONSE**

On March 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **March 19, 2026**.  Petitioner shall file his reply on or before **March 23, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 12, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

1

26cv1451 DMS DDL