# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Vikas Vikas

**Plaintiff,**

**V.**

Christopher LaRose

**Defendant.**

**Civil Action No.** 26-cv-01451-DMS-DDL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. All litigation in this matter has concluded.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy